IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

J. RUSSELL FLOWERS, INC., and
MKJ, INC.                                                                                              PLAINTIFF

      V.                             NO.  2:11-CV-02017

U.S. TECHNOLOGY MARINE
SERVICES, LLC, and
RAYMOND L. WILLIAMS TRUST
d/b/a US TECHNOLOGIES                                                                     DEFENDANT

O R D E R

The court scheduled a settlement conference by Order (ECF No. 44) dated December 9, 2011.  The court received an email January 30, 2012 at 4:17 PM requesting that the settlement conference be cancelled.  That request is DENIED.  The parties are advised that if they both determine that settlement negotiations would not be helpful they are instructed to contact the court via a conference call to further discuss the need for a settlement conference.

IT IS SO ORDERED this January 30, 2012

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE